# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 21CR1285-H |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JUDGMENT AND ORDER OF DISMISSAL |
| RODOLFO JESUS BAUTISTA (2), | ) | Booking No. 01440-506 |
| Defendant. | ) | |

Good cause appearing and based upon the motion of the Government (Doc. No. 35), the Court grants the Government's motion to dismiss without prejudice the Information in the above entitled case against Defendant Rodolfo Jesus Bautista. The Defendant is hereby discharged and the bond is hereby exonerated in this case.[1]

IT IS SO ORDERED AND ADJUDGED.

DATED: July 7, 2021

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

---

[1] If the bond was secured by a cash deposit and/or property, defense counsel must prepare an order to disburse funds and/or release collateral and submit the proposed order, pursuant to General Order 635 (S.D. Cal. February 6, 2014), to the Magistrate Judge who set the bail conditions.

-1-